E-filing

**FILED**

OCT 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
3  1676 North California Blvd., Suite 500
   Walnut Creek, CA 94596-4183
4  Tel. No. (925) 930-9090
   Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

3 r ADR

11 ANNETTE M. FILENA, individually and as       Case No. **C07-05462 SBA**
   successor in interest for decedent, Debra
12 Kincaid,
                                                **DEFENDANT ALAMEDA COUNTY MEDICAL
13            Plaintiff,                         CENTER - JOHN GEORGE PSYCHIATRIC
                                                PAVILLION'S CERTIFICATE OF
14      vs.                                     INTERESTED ENTITIES OR PERSONS
                                                PURSUANT TO LOCAL CIVIL RULE 3-16**
15 ALAMEDA COUNTY MEDICAL CENTER -
   JOHN GEORGE PSYCHIATRIC PAVILLION              **BY FAX**
16 and DOES 1-100, inclusive,

17            Defendants.

18

19 TO THE CLERK OF THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

20      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21 associations of persons, firms, partnerships, corporations (including parent corporations), or

22 other entities have a financial interest in the subject matter in controversy or in a party to the

23 proceedings:

24      1. Plaintiff ANNETTE M. FILENA

25      2. Defendant ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE

26         PSYCHIATRIC PAVILLION

27 //

28 //

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

: DEF. ALAMEDA COUNTY MED. CTR.-JOHN GEORGE PSYCHIATRIC PAVILLION'S CERT.    200-8155/ATS/340882.doc
  OF INTERESTED ENTITIES OR PERSONS PER LOC. CIVIL RULE 3-16

10570684.tif - 10/25/2007 1:41:21 PM

1      3. Alameda County

2  Dated: October 25, 2007

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
AARON T. SCHULTZ, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER
- JOHN GEORGE PSYCHIATRIC PAVILLION

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

: DEF. ALAMEDA COUNTY MED. CTR.-JOHN GEORGE PSYCHIATRIC PAVILLION'S CERT. OF INTERESTED ENTITIES OR PERSONS PER LOC. CIVIL RULE 3-16

2

200-6155/ATS/340682.doc

10570684.tif - 10/25/2007 1:41:21 PM