E-filing

1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
3  1676 North California Blvd., Suite 500
   Walnut Creek, CA 94596-4183
4  Tel. No. (925) 930-9090
   Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION
7

FILED
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION

11 ANNETTE M. FILENA, individually and as       Case No.  C07-05462
   successor in interest for decedent, Debra
12 Kincaid,
                                                CERTIFICATE OF SERVICE
13         Plaintiff,

14    vs.                                       BY FAX

15 ALAMEDA COUNTY MEDICAL CENTER -
   JOHN GEORGE PSYCHIATRIC PAVILLION
16 and DOES 1-100, inclusive,

17         Defendants.

ADR
SBA

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

: CERTIFICATE OF SERVICE                      1                        200-8155/ATS/340863.doc
                                                                     10570685.tif - 10/25/2007 1:42:47 PM

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Galloway, Lucchese, Everson & Picchi, 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On August 22, 2007 I served the within document(s):

1. **CIVIL COVER SHEET**
2. **NOTICE OF REMOVAL OF ACTION**
3. **DECLARATION OF AARON T. SCHULTZ, ESQ. In support**
4. **DEFENDANT ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS In support**
5. **CERTIFICATE OF SERVICE**

[ X ]   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth below.

John Houston Scott, Esq.            Counsel for Plaintiff
Lizabeth N. De Vries, Esq.
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2007 at Walnut Creek, California.

*Donna M. Anderson*
Donna M. Anderson

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

: CERTIFICATE OF SERVICE

2

200-8155/ATS/340883.doc
10570685.tif - 10/25/2007 1:42:47 PM