1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
3  1676 North California Blvd., Suite 500
   Walnut Creek, CA 94596-4183
4  Tel. No. (925) 930-9090
   Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11 ANNETTE M. FILENA, individually and as       Case No.  C 07-05462 SBA
   successor in interest for decedent, Debra
12 Kincaid,
                                                **CERTIFICATE OF FILING AND/OR SERVICE**
13         Plaintiff,

14    vs.

15 ALAMEDA COUNTY MEDICAL CENTER -
   JOHN GEORGE PSYCHIATRIC PAVILLION
16 and DOES 1-100, inclusive,

17         Defendants.

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

## CERTIFICATE OF FILING AND/OR SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Galloway, Lucchese, Everson & Picchi, 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On October 26, 2007 I served the within document(s):

1. **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
2. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
3. **JUDGE ARMSTRONG'S STANDING ORDERS**
4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA (CONTENTS OF JOINT CASE MANAGEMENT STATEMENT)**
5. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
6. **(UNSIGNED) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
7. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**
8. **CERTIFICATE OF FILING AND/OR SERVICE**

[ X ] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth below.

John Houston Scott, Esq.            Counsel for Plaintiff
Lizabeth N. De Vries, Esq.
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 26, 2007 at Walnut Creek, California.

*Donna M. Anderson*
Donna M. Anderson

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C 07-05462 SBA:   CERTIFICATE OF FILING AND/OR SERVICE

200-8155/ATS/341215.doc

MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA - NORTHERN DIVISION

| | |
|---|---|
| ANNETTE M. FILENA, individually and as successor in interest for decedent, Debra Kincaid,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. RG07347289<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF ANNETTE M. FILENA AND HER ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California (Oakland) on October 25, 2007, under Federal Case Number C 07-05462 SBA.

//
//
//
//
//

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

RG07347289: NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

200-8155/ATS/341214.doc

1  A copy of the endorsed-filed Notice of Removal of Action, including the supporting
2  declaration, is attached to this Notice and is served and filed herewith.
3  Dated: October 26, 2007

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: /s/ Aaron T. Schultz
AARON T. SCHULTZ, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER
- JOHN GEORGE PSYCHIATRIC PAVILLION

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

RG07347289: NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

200-8155/ATS/341214.doc

## PROOF OF SERVICE

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within action. My business address is 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183.

On the date set forth below, I caused the attached **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** to be served on the parties to this action as follows:

[ X ]   BY MAIL.

I placed a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth below. C.C.P. §§1013(a), 2015.5.

| | |
|---|---|
| John Houston Scott, Esq.<br>Lizabeth N. De Vries, Esq.<br>The Scott Law Firm<br>1375 Sutter Street, Suite 222<br>San Francisco, CA 94109<br>Fax: (415) 561-9609 | Counsel for Plaintiff |

Executed on October 26, 2007 at Walnut Creek, California.

*Donna M. Anderson*
Donna M. Anderson

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

RG07347289: NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

200-8155/ATS/341214.doc