1 | MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2 | GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
3 | 1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
4 | Tel. No. (925) 930-9090
Fax No. (925) 930-9035
5 | E-mail: aschultz@glattys.com

6 | Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

| | |
|---|---|
| ANNETTE M. FILENA, individually and as successor in interest for decedent, Debra Kincaid, | Case No. C 07-05462 SBA |
| | Hon. Saundra B. Armstrong |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| vs. | |
| ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION and DOES 1-100, inclusive, | **Date:** January 15, 2008<br>**Time:** 1:00 p.m.<br>**Courtroom:** 3, 3rd Floor |
| Defendants. | |

The motion of defendant ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION came on regularly for a hearing today;

The Court having considered the Complaint, defendant ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION'S motion to dismiss and motion to strike, and the other papers and pleadings on file herein; now therefore, good cause appearing, the Court hereby grants defendant ALAMEDA COUNTY MEDICAL CENTER - JOHN GEORGE PSYCHIATRIC PAVILLION'S motion to (1) dismiss the Third and Seventh Causes of Action of plaintiff's Complaint, (2 )strike plaintiff's request for punitive and treble damages contained in

//

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

**C 07-05462 SBA: [PROPOSED] ORDER GRANTING MOTION TO DISMISS**

200-8155/ATS/341213.doc

1 | Paragraphs 3 and 5 of the Complaint's Prayer for Relief, and (2) strike the request for injunctive
2 | relief contained in Paragraphs 6 and 7 of plaintiff's Complaint.
3 | Dated:_____

_____
Judge of the United States District Court
for the Northern District of California

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C 07-05462 SBA:  [PROPOSED] ORDER GRANTING MOTION TO DISMISS    200-8155/ATS/341213.doc