1  John Houston Scott    (SBN 72578)
   Lizabeth N. de Vries  (SBN 227215)
2  **SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, CA 94109
   Tel:  (415) 561-9600
4  Fax:  (415) 561-9609
   Email: tposey@scottlawfirm.net
5
   Attorneys for Plaintiff,
6  Annette M. Filena

7  Martin J. Everson   (SBN 76350)
   Aaron T. Schultz    (SBN 222949)
8  **GALLOWAY, LUCCHESE, EVERSON & PICCHI**
   A Professional Corporation
9  1676 N. California Blvd., Ste. 500
10 Walnut Creek, CA 94596-4183
   Tel: (925) 930-9090
11 Fax: (925) 930-9035
   Email: ashultz@glattys.com
12
13 Attorneys for Defendant,
   Alameda County Medical Center – John George Psychiatric Pavillion
14

15
16               **UNITED STATES DISTRICT COURT**
17       **NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION**
18

| | |
|---|---|
| 19  ANNETTE M. FILENA, individually and as successor in interest for decedent, Debra Kincaid, | Case No.: C 07 – 05462 SBA |
| 20 | Hon. Saundra B. Armstrong |
| 21       Plaintiff, | **STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT SO THE CASE MAY BE REMANDED TO STATE COURT** |
| 22  v. | |
| 23 | |
| 24  ALAMEDA COUNTY MEDICAL CENTER– JOHN GEORGE PSYCHAITRIC PAVILLION and DOES 1-100, inclusive. | |
| 25 | |
| 26       Defendants. | |

27
28

STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT

The parties stipulate to allow plaintiff, Annette Filena, to file the proposed First Amended Complaint attached as **Exhibit A**, which does not include any claims based on federal law or California Health & Safety Code Section 1430(b), against defendant Alameda County Medical Center – John George Psychiatric Pavillion. The parties also stipulate that because the plaintiff is no longer seeking a claim against this defendant based on federal law or California Health & Safety Code Section 1430(b), the defendant agrees to withdraw its Motion to Dismiss these claims. The parties further stipulate that because there are no pending federal claims to be adjudicated, they respectfully request that this Court remand this case to state court for all further proceedings.

**DATED:** November___, 2007                              **SCOTT LAW FIRM**

                                                         By:_____
                                                             Lizabeth N. de Vries
                                                             Attorney for Plaintiff


**DATED:** November___, 2007                              **GALLOWAY, LUCCHESE, EVERSON & PICCHI**

                                                         By:_____
                                                             Martin J. Everson,
                                                             Attorney for Defendant


## ORDER

Based on the stipulation of the parties, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the plaintiff may file her proposed amended complaint and this case should be remanded to the state court for all further proceedings.

**DATED**:  12/5/07

                                                         _____
                                                         Hon. Saundra B. Armstrong,
                                                         U.S. District Court Judge

- 1 -

STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT