# UNITED STATES DISTRICT COURT
## Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**FILED**
DEC 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ENDORSED
FILED
ALAMEDA COUNTY

DEC 1 0 2007

Exec Off/Clerk
By _____

December 6, 2007

Superior Court for the State of CA
County of Alameda
Rene C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

RE: <u>CV 07-05462 SBA    ANNETTE M. FILENA-v-ALAMEDA COUNTY MEDICAL CENTER</u>
    Your Case Number: <u>(RG-07347289)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X) Certified copies of docket entries

(X) Certified copies of Remand Order

(X) Please access the electronic case file for additional pleadings you may need. See the attached instructions for details

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg